■ Chester B. Salomon, as Trustee of the Estate of Western Pork Packers, Inc., Respondent, v Western Carriers, Inc., et al., Appellants, et al., Defendants. — Appeal from that portion of the order, Supreme Court, New York County (Blyn, J.), entered on September 30, 1982, which denied appellants' motion for more definite pleadings is dismissed as nonappealable, and the order is otherwise unanimously affirmed, without costs and without disbursements. No opinion. Concur — Ross, J. P., Asch, Milonas and Alexander, JJ.